IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HESTERBERG,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | Case No.: C-13-01265 JSC<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, OR TO UNSEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL (Dkt. No. 32)** |

Now pending before the Court is Plaintiff's administrative motion to file under seal, or to unseal documents designated as confidential. (Dkt. No. 32.) The Court hereby takes the motion under submission. The Court will discuss the motion with the parties at the hearing on Plaintiff's motion for partial summary judgment, which is scheduled for October 3, 2013.

In the meantime, the Court orders that Plaintiff e-file under seal an unredacted version of the documents Plaintiff seeks to seal or unseal, pursuant to this Court's Civil Standing Order.

IT IS SO ORDERED.

Dated: August 28, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE