IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HESTERBERG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: C-13-01265 JSC<br><br>**ORDER RE: NOVEMBER 7, 2013 HEARING** |

    Now pending before the Court is Plaintiff's motion for partial summary judgment, which is set for hearing on November 7, 2013. The Court orders that the parties come prepared to discuss at the hearing *Illinois v. Caballes*, 543 U.S. 405 (2005) and *Muehler v. Mena*, 544 U.S. 93 (2005).

    IT IS SO ORDERED.

Dated: November 4, 2013

                                                   */s/ Jacqueline S. Corley*
                                        JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE