UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 13-cv-01265-JSC (JCS)

**Case Name:** Hesterberg v. United States Of America

**Date:** November 21, 2013     **Time:** 1.25 H

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Michael Haddad
**Attorney for Defendant:** Mark R. Conrad

## PROCEEDINGS

(X)   Settlement Conference - Held          ( )   Further Settlement Conference

( ) Case Settled     (X) Case Did Not Settle     ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Parties are invited to contact the Court if they would like to schedule a further settlement conference. Plaintiff Gary Hesterberg appeared. Client representatives for Defendant Karen Glasgow from US Dept. of Interior, and Sarah Cavallaro from the National Park Service appeared.

**cc:**

*Telephonic Appearance