1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney
4

    450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
    Telephone: (415) 436-7025
6     Fax: (415) 436-6748
    mark.conrad@usdoj.gov
7

Attorneys for Defendants
8

9 | MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
10 | GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262497)
11 | HADDAD & SHERWIN
505 Seventeenth Street
12 | Oakland, CA 94612
Telephone: (510) 452-5500
13 | Fax: (510) 452-5510

14 | Attorneys for Plaintiff

15

16             UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19

20 | GARY HESTERBERG,    ) CASE NO. C 13-01265 JSC
                      )
21 |     Plaintiff,    ) **STIPULATION OF VOLUNTARY**
                      ) **DISMISSAL WITH PREJUDICE,**
22 |   v.              ) **FED R. CIV. P. 41(a)**
                      )
23 | UNITED STATES OF AMERICA, et al.,  )
                      )
24 |     Defendants.   )
                      )
25

26

27

28

STIP DISMISSING DEF. CAVALLARO
Case No. C 13-01265 JSC

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between undersigned counsel for the parties to this action, that the above-captioned action shall be, and hereby is, dismissed *with prejudice* as to Defendant Sarah L. Cavallaro, with each party to bear its own fees and costs in connection with the claims hereby dismissed. Plaintiff's remaining FTCA claims against the United States are unaffected by this stipulation.

IT IS SO STIPULATED.

DATED: November 27, 2013                MELINDA HAAG
                                        United States Attorney

                                        */s/ Mark R. Conrad*
                                        MARK R. CONRAD
                                        Assistant United States Attorney
                                        Attorneys for Defendants

DATED: November 27, 2013                HADDAD & SHERWIN

                                        */s/ Michael J. Haddad*
                                        MICHAEL J. HADDAD
                                        Attorneys for Plaintiff

STIP DISMISSING DEF. CAVALLARO       - 1 -
Case No. C 13-01265 JSC