IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HESTERBERG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: C-13-01265 JSC<br><br>**ORDER RE: CASE SCHEDULE** |

As discussed at the Case Management Conference ("CMC") on December 5, 2013, the parties shall file a stipulation concerning the extension of expert discovery deadlines. In that stipulation, the parties shall also include the dates for submission of pre-trial filings, the pre-trial conference, and trial, as set out at the CMC.

IT IS SO ORDERED.

Dated: December 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE