MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY HESTERBERG, | CASE NO. C 13-01265 JSC |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO PERMIT NATIONAL PARK SERVICE RANGER SARAH CAVALLARO TO ATTEND TRIAL IN FULL UNIFORM AND EQUIPMENT** |
|   v. | |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants. | |

STIP RE CAVALLARO EQUIPMENT
Case No. C 13-01265 JSC

1  WHEREAS, trial in the above-captioned matter is scheduled to be held between August 11 and August 13, 2014;

2  WHEREAS, one of the issues that may be relevant evidence at trial is the physical appearance of National Park Service Ranger Sarah Cavallaro, including the law enforcement equipment she was carrying, on the day of January 29, 2012;

3  WHEREAS, it may assist the trier of fact to see Ranger Cavallaro wearing and carrying the uniform and equipment that she was carrying on the day of January 29, 2012;

4  NOW, THEREFORE, the parties agree that Ranger Cavallaro should be permitted to don her full uniform as a National Park Service Ranger and all equipment she may carry in the execution of her law enforcement duties, including but not limited to her firearm and her Taser, and respectfully request that the Court issue an order providing that, between August 11 and August 13, 2014, Ranger Cavallaro be allowed to appear and to testify in the United States Courthouse at 450 Golden Gate Avenue, Courtroom F, 15th Floor, carrying the above-referenced law enforcement equipment.

IT IS SO STIPULATED.

DATED: August 7, 2014                     Respectfully submitted,

MELINDA HAAG
United States Attorney


*/s/ Mark R. Conrad*
ANN MARIE REDING
MARK R. CONRAD
Assistant United States Attorneys


HADDAD & SHERWIN


*/s/ Michael J. Haddad*
MICHAEL J. HADDAD
Attorneys for Plaintiff

1 | **PURSUANT** TO **STIPULATION, IT IS SO ORDERED.**

3 | DATED: August 8, 2014

*Jacqueline S. Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge