UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY HESTERBERG,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 13-cv-01265-JSC

**JUDGMENT**

Having filed its Opinion in accordance with Federal Rule of Civil Procedure 52(a)(1) on October 9, 2014, the Court hereby enters judgment for Plaintiff Gary Hesterberg and against Defendant United States of America in the total amount of $50,000.00.

**IT IS SO ORDERED**.

Dated: October 9, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge