# EXHIBIT A

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611010175
Cashier ID: lenahac
Transaction Date: 03/21/2013
Payer Name: Haddad and Sherwin
------------------------------------
CIVIL FILING FEE
 For: Gary Hesterberg
 Case/Party: D-CAN-3-13-CV-001265-001
 Amount:      $350.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 8633
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

JSC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

HADDAD & SHERWIN
ATTN: Michelle Carlucci
505 17th Street

Oakland, CA 94612



| INVOICE No. | |
|---|---|
| 7337208 | |
| Date: | 2/10/14 |
| Cust. No.: | 0004612 |

| Cust. No.: | 0004612 |
|---|---|
| Invoice No.: | 7337208 |
| Inv. Date: | 2/10/14 |
| Due Date: | 2/25/14 |
| Total: | $115.90 |
| Terms: | Net 15 |

| Law Firm Contact: | Genevieve Guertin |
|---|---|
| Client File No.: | none |
| Case Short Title: | Hesterberg V. United States of America |
| Documents: | Subpoena to Testify at a Deposition in a Civil Action, Cover Letter |
| One Legal Branch: | Service of Process |
| Court: Description: | United States District Court, Northern District of California<br>Ranger Marybeth McFarland<br>135 - I Seminary Drive<br>Mill Valley, CA 94941 |

| | |
|---|---|
| PRIORITY PROCESS SERVING | $90.95 |
| PROCESS SERVING AREA SURCHARGE | $24.95 |



| Due Date | 2/25/14 | Total This Invoice | $115.90 |
|---|---|---|---|



SAINT IGNATIUS COLLEGE PREPARATORY
2001 37th Avenue
San Francisco, CA 94116-1165
(415) 731-7500, ext. 206
www.siprep.org

Marybeth G. McFarland, Director of Security

February 24, 2014

HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Attention: Genevieve K. Guertin

Dear Ms. Guertin:

Enclosed is the parking receipt for the charges to participate in the subpoenaed deposition I took

part in last Tuesday, February 18, 2014. In addition to the parking costs, please include payment

for witness fee, bridge toll ($5.00) and forty-two miles round trip for mileage.

Thank you in advance for your assistance.

Sincerely,

Marybeth McFarland
Enclosure (1)

Fee:  40.
Parking:  16.
Toll:  5.
Mileage: 23.52  @.56
          84.52

**Bank of America** ⌲

Online Banking

**MyAccess Checking –** ████ **Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 02/20/2014 |
| **Amount:** | -16.00 |
| **Type:** | Debit card |
| **Purchaser:** | MARYBETH G MCFARLAND |
| **Description:** | CHECKCARD 0218 DOUGLAS PARKING ROTUNDA OAKLAND CA 24767904050266800003818 |
| **Merchant category:** | Automobile Parking Lots and Garages |
| **Merchant category code:** | 7523 |
| **Expense category:** | Business Services |

Receipt

012702081210582014

SFMTA
Civic Center Plaza Garage
355 McAllister St.
San Francisco, CA 94102
Tel:(415) 863-1537

FeeComputer Number: : 2
Entry Time: 8/12/2014 8:25 AM
Exit Time: 8/12/2014 10:58 AM
Duration: 2h 33m
Op: aklilu
Non-resetable tr #: 958265

Tran: 127
Ticket Number: 73373

F1 Normal                  $    7.00
----------------------------------
Total:                     $    7.00
Visa                       $    7.00
Last 4 Digits:             1294

Thank You! Drive Safely

*Michelle Babcock re: trial, parking*

Attached is the transcript. The cost for this transcript for the pdf order, which includes access to ECF, is $74.40. Please send payment to Bryce Reporting Services to 18661 Clement Drive, Castro Valley, CA 94552. I have attached a W-9 for processing payment.

If you have any questions or concerns, please don't hesitate to contact me.

Thank you,

# Invoice

**Rhonda L. Aquilina, CSR #9956**

**3821 Alemany Blvd.**
**San Francisco, CA 94132**
**rhondaaquilina@aol.com**
**(415) 264-0580**

| Date | Invoice # |
|------|-----------|
| 8/14/2014 | 02-2374 |

| Bill To | Delivered To |
|---------|--------------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, California 94612 | haddad.sherwin@sbcglobal.net<br>Julia Sherwin |

| | DCN | CASE NO. | Order Date |
|--|-----|----------|------------|
| | | C-13-01265JSC | 8/8/2014 |

| Date of Proce... | Item | Case Name/Service | Pages | Rate | Total |
|------------------|------|-------------------|-------|------|-------|
| 8/11/2014 | 14-Day | Hesterberg -v- USA, vol. 1, pages 1-189 (14-Day Expedite Copy delivered on 08/21/14 ) | 189 | 0.90 | 170.10 |
| 8/12/2014 | 14-Day | Hesterberg -v- USA, vol. 2, pages 190-425 (14-Day Expedite Copy delivered on 08/21/14) | 236 | 0.90 | 212.40 |
| 8/13/2014 | 14-Day | Hesterberg -v- USA, vol. 3, pages 426-679 (14-Day Expedite Copy delivered on 08/21/14) | 254 | 0.90 | 228.60 |

I certify that the fee charged/page format conform to regulations of the U.S. Judicial Conference.

Full price may be charged only if the transcript is delivered within the required time frame. If an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

| | |
|--|--|
| **Total** | $611.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $611.10 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INVOICE NO: 20140105

| | |
|---|---|
| Julia Sherwin, Esq.<br>HADDAD & SHERWIN<br>505 Seventeenth Street<br>Oakland, CA 94612<br><br>Phone: | **MAKE CHECKS PAYABLE TO:**<br>Belle Ball, CSR,CRR,RDR<br>Official Reporter, USDC<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>Phone: (415) 373-2529<br>FAX (415) 522-3149<br>belle_ball@cand.uscourts.gov |

| | DATE ORDERED: 08-15-2014 | DATE DELIVERED: 08-29-2014 |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | |

**Case Style:** C 13-01265 JSC, Hesterberg v United States

Transcript of Volume 4 of Bench Trial held before
Hon. Jacqueline Scott Corley on August 14, 2014 (Filed and delivered
8-29-14, PDF and Mini PDF)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 82 | 0.90 | 73.80 | 82 | 0.60 | 49.20 | 123.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 123.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $123.00 |

*Thanks!*

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *Belle Ball CSR 8785* | DATE 08-30-2014 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

Rhonda L. Aquilina, CSR #9956

**3821 Alemany Blvd.**
**San Francisco, CA 94132**
**rhondaaquilina@aol.com**
**(415) 264-0580**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2014 | 02-2386 |

| Bill To |
|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, California 94612 |

| Delivered To |
|--------------|
| haddad.sherwin@sbcglobal.net<br>Julia Sherwin |

| DCN | CASE NO. | Order Date |
|-----|----------|------------|
| | 13-1265 JSC | 9/8/2014 |

| Date of Proce... | Item | Case Name/Service | Pages | Rate | Total |
|------------------|------|-------------------|-------|------|-------|
| 8/19/2014 | reg | Hesterberg -v- U.S. vol. 5, pg 762-862- 30 Day Ordinary Delivered on 9/5/2014 | 101 | 4.00 | 404.00 |
| 9/8/2014 | master | Master Index - V1-V5 | 6 | 0.60 | 3.60 |

I certify that the fee charged/page format conform to regulations of the U.S. Judicial Conference.

Full price may be charged only if the transcript is delivered within the required time frame. If an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

| | |
|---|---|
| **Total** | $407.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $407.60 |

# Behmke Reporting and Video Services, Inc.

**Invoice**

"Flawless execution.  Down-to-earth professionalism."

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Friday, July 12, 2013 | 41596AC |

Michael J. Haddad
Haddad and Sherwin
505 Seventeenth Street
Oakland, CA 94612

| | |
|---|---|
| Phone: | (510) 452-5510      Fax: |
| Witness: | Gary Hesterberg |
| Case: | Gary Hesterberg v. United States of America, et al |
| Venue: | U.S. District Court Northern District of CA |
| Case #: | C13-1265 |
| Date: | 6/28/2013 |
| Start Time: | 10:00 AM |
| End Time: | 2:53 PM |
| Reporter: | Christine Triska |
| Claim #: | |
| File #: | 22017cc |

*20967SC*

| Description | Each | Quan | Total |
|---|---|---|---|
| Certified Transcript | $2.75 | 171 | $470.25 |
| Reporter's Certificate | $5.00 | 1 | $5.00 |
| Color Exhibits | $3.00 | 13 | $39.00 |
| Exhibits - Electronic & Hard | $0.70 | 108 | $75.60 |
| DepoLaunch (Digitized bundle) | $75.00 | 1 | $75.00 |
| Delivery & Handling - C.O.D. | $55.50 | 1 | $55.50 |
| | Sub Total | | $720.35 |
| | Payments | | $0.00 |
| | Balance Due | | $720.35 |

*PAID*

*Sent UPS C.O.D.*

Fed. I.D. # 45-2048307

*Interest of 1 1/2% per month (18% per annum)  will be charged on balances due over 30 days.*

| Subject: | Fwd: 12/16/13 Babcock transcript cost |
| --- | --- |
| From: | Haddad & Sherwin (haddad.sherwin@sbcglobal.net) |
| To: | m.carlucci@sbcglobal.net; |
| Date: | Monday, December 30, 2013 3:48 PM |

Michael Haddad

Sent from my iPhone

Begin forwarded message:

**From:** "depos@behmke.com" <depos@behmke.com>
**Date:** December 30, 2013 at 11:05:14 AM HST
**To:** Haddad & Sherwin <haddad.sherwin@sbcglobal.net>
**Cc:** "depos@behmke.com" <depos@behmke.com>
**Subject: 12/16/13 Babcock transcript cost**

Mr. Haddad,
The cost for the above-referenced transcript is $372.10. Please let our office know when you will
have a check ready and we will send it out to you via UPS/COD. You may also contact our office
to pay via credit card. A processing fee of 2.5% will be added to all credit card payments.

If you have any questions, I can be reached at the number below or by email.
Thank you,

Matt Ridge

Office Manager
Behmke Reporting and Video Services, Inc.
Online Nationwide Scheduling
415.597.5600

415.597.5606 fax
800.335.3376 toll free

# Behmke Reporting and Video Services, Inc.                    Invoice

"Flawless execution.  Down-to-earth professionalism."

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
| --- | --- |
| Wednesday, February 12, 2014 | 44062AC |

Genevieve K. Guertin
Haddad and Sherwin
505 Seventeenth Street
Oakland, CA 94612

Phone:     (510) 452-5500     Fax:     (510) 452-5510

| | |
| --- | --- |
| **Witness:** | Kathleen Abadie |
| **Case:** | Gary Hesterberg v. United States of America, et al |
| **Venue:** | U.S. District Court Northern District of CA |
| **Case #:** | C13-1265 |
| **Date:** | 1/29/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 10:51 AM |
| **Reporter:** | Cynthia Dammann |
| **Claim #:** | |
| **File #:** | 23294 |

22504SC

| Description | Quan | Total |
| --- | --- | --- |
| Certified Transcript/Minimum | 1 | $100.00 |
| Reporter's Certificate | 1 | $5.00 |
| Color Exhibits | 2 | $6.00 |
| E-Transcript | 1 | $45.00 |
| Delivery & Handling - C.O.D. | 1 | $55.50 |
| Sub Total | | $211.50 |
| Payments | | $0.00 |
| Balance Due | | $211.50 |

*Sent UPS C.O.D.*

Fed. I.D. # 45-2048307

*Interest of 1 1/2% per month (18% per annum)  will be charged on balances due over 30 days.*

# Behmke Reporting and Video Services, Inc.

**Invoice**

*"Flawless execution. Down-to-earth professionalism."*

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600     Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Friday, April 04, 2014 | 29202RC |

Michael J. Haddad
Haddad and Sherwin
505 Seventeenth Street
Oakland, CA 94612

Phone:     (510) 452-5510     Fax:

| | |
|---|---|
| **Witness:** | Michael Leonesio |
| **Case:** | Gary Hesterberg v. United States of America, et al |
| **Venue:** | U.S. District Court Northern District of CA |
| **Case #:** | C13-1265 JSC |
| **Date:** | 3/25/2014 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 5:10 PM |
| **Reporter:** | Joan Columbini |
| **Claim #:** | |
| **File #:** | 23769cc |

*22103SC*

| Description | Each | Quan | Total |
|---|---|---|---|
| Certified Transcript | $2.75 | 185 | $508.75 |
| Reporter's Certificate | $5.00 | 1 | $5.00 |
| Exhibits - Electronic & Hard | $0.70 | 81 | $56.70 |
| Color Exhibits | $3.00 | 9 | $27.00 |
| DepoLaunch (Digitized bundle) | $75.00 | 1 | $75.00 |
| Original Compliance & Delivery | $46.50 | 1 | $46.50 |
| | Sub Total | | $718.95 |
| | Payments | | $0.00 |
| | Balance Due | | $718.95 |

*Sent UPS COD*



## JUDY BRENNAN

**Certified Shorthand Reporter**
25634 Clover Road • Hayward, California 94542

Phone (510) 538-1939
Pager (510) 884-5748
Fax (510) 538-5949

CSR NO. 5138

August 12, 2013


Michael J. Haddad, Esq.
Haddad & Sherwin
505 Seventeenth Street, Third Floor
Oakland, California 94612

Re:   Gary Hesterberg v. United States of America, et al.
      Deposition of Sarah Cavallaro taken on 8-9mm-13


Original and 1 copy                    $1,869.90
(Expedited Delivery for 8-12-13)
Exhibits                                   17.15
Per Diem                                  150.00
Oath and Certificate                        5.00
Delivery                                   20.00


              **TOTAL DUE**        .    **$2,062.05**



TERMS:  Net 30 days; 1.5% service charge monthly
thereafter.



**PLEASE MAKE CHECK PAYABLE TO:**  Judy Brennan, CSR


TID570964270



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com

| DATE | INVOICE NO. |
|------|-------------|
| 1/30/2014 | 9799 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| Hesterberg v. USA Natl. Park | Kevin Cochary | Marilyn J.B.Miller, C.S.R. | 1/24/2014 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF KEVIN COCHARY | 430.50 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 3.00 |
| Postage and Handling | 25.00 |

**TOTAL**          $542.50

Terms: Net 30



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com

| DATE | INVOICE NO. |
|------|-------------|
| 2/26/2014 | 9852 |

# INVOICE

Genevieve Guertin, Attorney at Law
HADDAD & SHERWIN
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| Hesterberg v. USA | Marybeth Gaughan McFarl... | Joan Grier, C.S.R. | 2/18/2014 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF MARYBETH GAUGHAN McFARLAND | 829.50 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Postage and Handling | 25.00 |

| **TOTAL** | **$938.50** |
|---|---|

Terms: Net 30



**CRANGLE**
REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com

| DATE | INVOICE NO. |
|------|-------------|
| 4/10/2014 | 9892 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| Hesterberg v. USA Natl. Park | Hunter O'Neal Bailey | Karen A. Crangle, C.S.R. | 4/7/2014 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF HUNTER O'NEAL BAILEY | 766.50 |
| Certification Fee | 14.00 |
| Condensed Transcript and CD | 40.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 66.60 |
| Postage and Handling | 25.00 |

| **TOTAL** | **$947.10** |

Terms: Net 30



# CRANGLE
### R E P O R T I N G   S E R V I C E S

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com

| DATE | INVOICE NO. |
|------|-------------|
| 5/1/2014 | 9922 |

# INVOICE

Julia Sherwin, Attorney at Law
HADDAD & SHERWIN
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| Hesterberg v. USA | Theodore C. Chan, M.D. | Joan Grier, C.S.R. | 4/18/2014 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF THEODORE C. CHAN, M.D. | 800.75 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 198.30 |
| Postage and Handling | 25.00 |
| **TOTAL** | **$1,108.05** |

Terms: Net 30



**Tax ID# 94-3196100**

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2013 | 223954 |

**Please remit to corporate office at:**
6601 Owens Dr. Suite 115 Pleasanton, CA 94588
Tel: 925.248.2273    Fax: 925.248.2275

**Our store is located at:**
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Bill To |
|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---|
| Bre 452-5500<br>ref:Hesterberg |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12 | Color copies 8-1/2 X 11 | 0.79<br>9.00% | 9.48T<br>0.85 |

| | **Total** | $10.33 |
|---|---|---|



**Tax ID# 94-3196100**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/13/2013 | 224209 |

**Please remit to corporate office at:**
6601 Owens Dr. Suite 115 Pleasanton, CA 94588
Tel: 925.248.2273    Fax: 925.248.2275

**Our store is located at:**
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Bill To |
|---------|
| Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612 |

| Ship To |
|---------|
| Gina 452-5500
Ref: Hesterberg
*Printed As' initial disclosures* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6,461 | Desktop Publishing: Black and White printing per Page 8.5x11 | 0.10 | 646.10T |
| 118 | Desktop Publishing: Black and White printing per Page 11x17 | 0.15 | 17.70T |
| 203 | Desktop Publishing: Color printing per Page | 0.69 | 140.07T |
| 2 | Desktop Publishing: Color prining per Page | 1.15 | 2.30T |
| 6,784 | 2/3 hole drilling | 0.02 | 135.68T |
|  |  | 9.00% | 84.77 |

| **Total** | $1,026.62 |
|-----------|-----------|



**COPY STATION** *Oakland*

Tax ID# 94-3196100

Please remit to corporate office at:
6601 Owens Dr. Suite 115 Pleasanton, CA 94588
Tel: 925.248.2273  Fax: 925.248.2275

Our store is located at:
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550  Fax: 510.433.0570

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2013 | 224565 |

| Bill To |
|---------|
| Huddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---------|
| Gina 452-5500<br>Ref: Hesterberg |

*Printed portion of Δs' response to RFP1*

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,793 | Desktop Publishing: Black and White printing per Page | 0.10 | 179.30T |
| 1,793 | 2/3 hole drilling | 0.02 | 35.86T |
|  |  | 9.00% | 19.36 |

*Corrected invoice*

| Total | $234.52 |
|-------|---------|


**COPY STATION** Oakland

# Invoice

Tax ID# 94-3196100

**Please remit to corporate office at:**
6601 Owens Dr. Suite 115 Pleasanton, CA 94588
Tel: 925.248.2273   Fax: 925.248.2275

**Our store is located at:**
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550   Fax: 510.433.0570

| Date | Invoice # |
|---|---|
| 8/15/2013 | 225202 |

| Bill To |
|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---|
| Gina 452-5500<br>Ref: Hesterberg<br><br>*MSJ - admin. mot. to file under seal* |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 170 | Desktop Publishing: Black and White printing per Page | 0.10 | 17.00T |
| 14 | Desktop Publishing: Color printing per Page | 0.99 | 13.86T |
|  |  | 9.00% | 2.78 |

| | Total | $33.64 |
|---|---|---|

**COPY STATION** Oakland

# Invoice

**Tax ID# 94-3196100**

Please remit to corporate office at:
**6601 Owens Dr. Suite 115 Pleasanton, CA 94588**
**Tel: 925.248.2273    Fax: 925.248.2275**

Our store is located at:
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 11/8/2013 | 226537 |

| Bill To |
|---------|
| Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612 |

| Ship To |
|---------|
| Gina Altomare 452-5500
Ref: Hesterberg

*printed Ex. C to Sett. Conf.
Statement (color photos
of injuries)* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 12 | Desktop Publishing: Color printing per Page | 0.79
9.00% | 9.48T
0.85 |

| | **Total** | | $10.33 |



# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 115 Pleasanton, CA 94588**
**Tel: 925.924.0801    Fax: 925.924.0807**

**Our store is located at:**
**1970 Broadway Street #150. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|---|---|
| 3/20/2014 | 228514 |

| Bill To |
|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---|
| Kennedy 452-3300<br>Ref: Hesterberg |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 430 | Litigation support: light labor | 0.10 | 43.00T |
| 430 | 2/3 hole drilling | 0.02 | 8.60T |
| 20 | Regular Stock Tabs | 0.50 | 10.00T |
|  |  | 9.00% | 5.54 |

| **Total** | $67.14 |
|---|---|



**COPY STATION** Oakland

# Invoice

Tax ID# 94-3196100

| Date | Invoice # |
|------|-----------|
| 4/15/2014 | 228929 |

**Please remit to corporate office at:**
6601 Owens Dr. Suite 115 Pleasanton, CA 94588
Tel: 925.924.0801    Fax: 925.924.0807

**Our store is located at:**
1970 Broadway Street #150. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Bre 452-5500<br>Ref: Hesterberg   *As' dees produced* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 216 | Photocopying: Full service 8-1/2 X 11 | 0.08 | 17.28T |
| 216 | 2/3 hole drilling | 0.02 | 4.32T |
|  |  | 9.00% | 1.94 |

| **Total** | $23.54 |
|-----------|--------|



**COPY STATION** Oakland

Tax ID# 94-3196100

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 115 Pleasanton, CA 94588**
**Tel: 925.924.0801    Fax: 925.924.0807**

**Our store is located at:**
**1970 Broadway Street #150. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/2014 | 230439 |

| Bill To |
|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---------|
| Bre 452-0550<br>ref: Hesterberg |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Color copies 8-1/2 X 11 | 0.79<br>9.00% | 2.37T<br>0.21 |

| **Total** | $2.58 |
|-----------|-------|

 **COPY STATION** *Oakland*

# Invoice

**Tax ID# 94-3196100**

Please remit to corporate office at:
**6601 Owens Dr. Suite 115 Pleasanton, CA 94588**
**Tel: 925.924.0801    Fax: 925.924.0807**

Our store is located at:
**1970 Broadway Street #150. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 7/22/2014 | 230538 |

| Bill To |
|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---------|
| Bre Montgomery 452-5500<br>Ref: Hesterberg — Trial Exhibits |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 18 | Color copies 8-1/2 X 11 | 0.69<br>9.00% | 12.42T<br>1.12 |

| | **Total** | $13.54 |



# Invoice

**COPY STATION** *Oakland*

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 115 Pleasanton, CA 94588**
**Tel: 925.924.0801    Fax: 925.924.0807**

**Our store is located at:**
**1970 Broadway Street #150. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|---|---|
| 8/8/2014 | 230839 |

| Bill To |
|---|
| Haddad & Sherwin |
| 505 Seventeenth Street |
| Oakland, CA 94612 |

| Ship To |
|---|
| Mike 452-5500 |
| Ref: Tr. Ex. 044.PO 45 |
| *Hestonberg* |
| *trial print jobs* |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3 | Color copies 8-1/2 X 11 | 0.69 | 2.07T |
|  |  | 9.00% | 0.19 |

| | Total |
|---|---|
| | $2.26 |

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | OAK14070140 |
| Invoice Date: | 07/29/2014 |
| Due Date: | 08/28/2014 |
| Terms: | Net 30 Days |
| Customer Code: | OAK-HADA |
| Natl ID: | 10751 |

Ricoh USA, Inc. -   Oakland, CA
Phone:   (510) 839-6399          Fax:   (510) 839-7834
Federal ID:   230334400

**BILL TO:**

**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

**SHIP TO:**

**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

Attn:  GENEVIEVE GUERTIN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| FINAL JOINT TRIAL EXHIBITS | HESTERBERG v. USA | | Patrick Lawrence |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1407-0100 | 07/28/2014 | GENEVIEVE GUERTIN - HADDAD & SHERWIN | | | | |
| 621 | Binder - 2" | | 1.00 | 12.0000 | | 12.00 |
| 634 | Tabs (Alpha/Numeric) | | 119.00 | 0.2500 | | 29.75 |
| 606 | Binders - View 3" | | 4.00 | 15.0000 | | 60.00 |
| 1027 | Prints - Color (ea) | | 542.00 | 0.7500 | | 406.50 |
| 728 | Prints w/ Assembly | | 1,832.00 | 0.0700 | | 128.24 |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due.  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 636.49 |
| Sales Tax: | 57.29 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT**   $ | **693.78** |

Received/Accepted by:{Print} _____  {Signature} _____  Date: _____

| Please pay from this copy.  The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

| Amount Enclosed |
|---|
| $ |

**Invoice: OAK14070140**

Invoice Date: **07/29/2014**
Due Date: **08/28/2014**
Customer Code: **OAK-HADA**
natl id: **10751**

**Please Remit To:**
**Ricoh USA, Inc.**
Legal Document Services Western District - OAK
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS**
**AMOUNT**  $  **693.78**